In the Matter of PINCUS TOBACK, INC., Respondent, against WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York, Defendants.

SAMUEL WINICK et al., Appellants.

(Submitted November 17, 1930; decided November 19, 1930.)

*Reginald S. Hardy* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.